**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

CHAD CZARNECKI,

    Plaintiff,

v.                                      Case No. 3:19-cv-424-J-32JBT

KENNETH HAMMONDS and
MILBURN HAWKINS TRUCKING,
LLC,

    Defendants.

---

# O R D E R

This case is before the Court on Plaintiff Chad Czarnecki's Motion to Remand. (Doc. 9). Defendant Milburn Hawkins Trucking, LLC responded. (Doc. 11). On July 19, 2019, the Court held a hearing on the motion, the record of which is incorporated herein. (Doc. 18).

Accordingly, it is hereby

**ORDERED:**

1. For the reasons stated on the record, Plaintiff's Motion to Remand (Doc. 9) is **GRANTED**.

2. This case is **REMANDED** to the Circuit Court, Seventh Judicial Circuit, in and for St. John's County, Florida.

3. After remand has been effected, the clerk shall terminate all pending motions and deadlines and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 19th day of July, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

ts
Copies to:

Counsel of record